### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **RUTH KRUSE and** ) | **CASE NO. 8:06CV287** |
| **LOWEN KRUSE,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **WYETH, INC.,** ) | |
| **WYETH PHARMACEUTICALS, INC.,** ) | |
| **PHARMACIA & UPJOHN COMPANY,** ) | |
| **PFIZER, INC.,** ) | |
| **BARR PHARMACEUTICALS, INC.,** ) | |
| **and GREENSTONE, LTD.,** ) | |
| ) | |
| **Defendants.** ) | |

    This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify [her]self in any proceeding in which [her] impartiality might reasonably be questioned." Upon review of the Court file in the above-designated case, the undersigned Judge shall, and hereby does, recuse herself from the above-designated case pursuant to 28 U.S.C. § 455(a).

    IT IS SO ORDERED.

    Dated this 4th day of April, 2006.

                                             BY THE COURT:

                                             s/Laurie Smith Camp
                                             United States District Judge