IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RUTH KRUSE and<br>LOWEN KRUSE, | ) | CASE NO. 8:06CV287 |
| Plaintiffs, | ) | |
| vs. | ) | ORDER |
| WYETH, INC.,<br>WYETH PHARMACEUTICALS, INC.,<br>PHARMACIA & UPJOHN COMPANY,<br>PFIZER, INC.,<br>BARR PHARMACEUTICALS, INC.,<br>and GREENSTONE, LTD., | ) | |
| Defendants. | ) | |

This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify [her]self in any proceeding in which [her] impartiality might reasonably be questioned." Upon review of the Court file in the above-designated case, the undersigned Judge shall, and hereby does, recuse herself from the above-designated case pursuant to 28 U.S.C. § 455(a).

IT IS SO ORDERED.

Dated this 4th day of April, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge