IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RUTH KRUSE, and LOWEN KRUSE, | ) | |
| | ) | |
| Plaintiffs, | ) | 8:06CV287 |
| | ) | |
| v. | ) | |
| | ) | |
| WYETH, WYETH PHARMACEUTICALS, PHARMACIA & UPJOHN, PFIZER, BARR PHARMACEUTICALS, and GREENSTONE, | ) ) ) ) ) ) | REASSIGNMENT ORDER |
| | ) | |
| Defendants. | ) ) | |

Pursuant to the recusal of District Judge Laurie Smith Camp (Filing No. 5) in the above matter,

IT IS ORDERED that this case is reassigned to District Judge Lyle E. Strom for disposition and to Magistrate Judge Thomas D. Thalken for judicial supervision and processing of all pretrial matters.

DATED this 4th day of April, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge