FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 SEP 12 AM 11: 54

OFFICE OF THE CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 23 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1507

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

8:06cv287

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-77)

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 3,328 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

SEP - 8 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-77 - TAG-ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA MIDDLE** | |
| ALM 1 06-671 | Emma Donaldson v. Wyeth, et al. |
| **FLORIDA MIDDLE** | |
| FLM 5 06-207 | Bernice Acard v. Wyeth, et al. |
| FLM 8 06-1150 | Ruth H. Eadie v. Wyeth, et al. |
| FLM 8 06-1151 | Patricia M. Colbert v. Wyeth, et al. |
| FLM 8 06-1230 | Marie Woody v. Wyeth, et al. |
| FLM 8 06-1232 | Elizabeth Keener v. Wyeth, et al. |
| FLM 8 06-1233 | Sandra Sgroe v. Wyeth, et al. |
| FLM 8 06-1310 | Elizabeth A. Martin v. Wyeth, et al. |
| FLM 8 06-1373 | Ruth Fish v. Wyeth, Inc., et al. |
| FLM 8 06-1389 | Charlene Schilk v. Wyeth, Inc., et al. |
| FLM 8 06-1390 | Bonnie Bikos v. Wyeth, Inc., et al. |
| **FLORIDA NORTHERN** | |
| FLN 4 06-331 | Sharon Lonkani v. Wyeth |
| **FLORIDA SOUTHERN** | |
| FLS 2 06-14175 | Alice Morgan v. Wyeth, et al. |
| FLS 2 06-14187 | Sylvia C. Wilson v. Wyeth, et al. |
| FLS 9 06-80620 | Barbara Winters, et al. v. Wyeth, et al. |
| FLS 9 06-80650 | Kathleen Dougherty v. Wyeth, et al. |
| FLS 9 06-80670 | June Coenen v. Wyeth, Inc., et al. |
| FLS 9 06-80708 | Linda Schaet v. Wyeth, et al. |
| FLS 9 06-80709 | Lila Baurmash v. Wyeth, Inc., et al. |
| **MINNESOTA** | |
| MN 0 06-2088 | Marlys K. Kaiser, et al. v. Wyeth, Inc., et al. |
| MN 0 06-2399 | Ellen Grosser v. Wyeth, et al. |
| MN 0 06-2400 | Eleanor Cristall v. Wyeth, et al. |
| MN 0 06-2474 | Mary Margaret Mitchell, et al. v. Wyeth, et al. |
| MN 0 06-2513 | Bessie Mae Steele v. Wyeth, et al. |
| MN 0 06-2549 | Mary Stewart v. Wyeth, et al. |
| MN 0 06-2550 | Christine Straessle v. Wyeth, et al. |
| MN 0 06-2551 | Eleanor Knight v. Wyeth, et al. |
| MN 0 06-2552 | Molly Ann Morris v. Wyeth, et al. |
| MN 0 06-2554 | Ernestine Kirkland v. Wyeth, et al. |
| MN 0 06-2556 | Shirley A. Hunter, et al. v. Wyeth, et al. |
| MN 0 06-2565 | Barbara Compton v. Wyeth, et al. |
| MN 0 06-2567 | Betty A. Green v. Wyeth, et al. |
| MN 0 06-2568 | Mary Edith Vanatta v. Wyeth, et al. |
| MN 0 06-2570 | Elaine D'Agostino v. Wyeth, et al. |
| MN 0 06-2572 | Shirley M. Gass v. Wyeth, et al. |
| MN 0 06-2574 | Margaret Puzzuole v. Wyeth, et al. |
| MN 0 06-2598 | Marie Neubarth v. Wyeth, et al. |
| MN 0 06-2603 | Beverly C. Huff v. Wyeth, et al. |
| MN 0 06-2604 | Sandra Bond v. Wyeth, et al. |

SCHEDULE CTO-77 - TAG-ALONG ACTIONS    MDL-1507                          PAGE 2 OF 2

**DIST. DIV. C.A. #**                **CASE CAPTION**

| | | |
|---|---|---|
| MN 0 06-2615 | Kathleen Wilson v. Wyeth, et al. |
| MN 0 06-2616 | Mary Lou Pacheco v. Wyeth, et al. |
| MN 0 06-2617 | Areti M. Karell v. Wyeth, et al. |
| MN 0 06-2618 | Joyce Zimmerman v. Wyeth, et al. |
| MN 0 06-2621 | Jeannie L. Growden v. Wyeth, et al. |
| MN 0 06-2623 | Phillis Staton v. Wyeth, et al. |
| MN 0 06-2624 | Freda Campbell v. Wyeth, et al. |
| MN 0 06-2649 | Yvonne Totaro v. Wyeth, et al. |
| MN 0 06-2650 | Sherry Johnson v. Wyeth, et al. |
| MN 0 06-2669 | Marcha S. Johnson v. Wyeth, et al. |
| MN 0 06-2670 | Christine Middleton v. Wyeth, et al. |
| MN 0 06-2678 | Joyce Anderson v. Wyeth, et al. |
| MN 0 06-2682 | Lois M. Ross v. Wyeth, et al. |
| MN 0 06-2749 | Judith Hayes v. Wyeth, et al. |
| MN 0 06-2751 | Harriet Beavers, et al. v. Wyeth, et al. |
| MN 0 06-2802 | Claudia B. Kinder v. Wyeth, et al. |
| MN 0 06-2807 | Janet G. Bright v. Wyeth, et al. |
| MN 0 06-2812 | Lois Baker, et al. v. Wyeth, et al. |
| MN 0 06-2816 | Nancy A. Balis, et al. v. Wyeth, et al. |
| MN 0 06-2821 | Marcella Newman, et al. v. Wyeth, et al. |
| MN 0 06-2823 | Linda Armato, et al. v. Wyeth, et al. |
| MN 0 06-2852 | Sandra Anthony v. Barr Laboratories, Inc., et al. |
| MN 0 06-2930 | Linda Thrasher v. Wyeth, et al. |
| MN 0 06-2937 | Lois W. Brown, et al. v. Wyeth, et al. |
| MN 0 06-3010 | Edith Roberts v. Wyeth, et al. |
| MN 0 06-3044 | Arnold Klein, et al. v. Wyeth, et al. |
| MN 0 06-3060 | Jane Scherer, et al. v. Wyeth, et al. |
| MN 0 06-3061 | Joyce Kagay, et al. v. Wyeth, et al. |
| MN 0 06-3066 | Anita Keith v. Wyeth, et al. |
| MN 0 06-3092 | Regina Sponza v. Wyeth, et al. |
| MN 0 06-3094 | Carolyn McNeill v. Wyeth, et al. |
| MN 0 06-3121 | Patricia Brickley Sparks, et al. v. Wyeth, et al. |
| MN 0 06-3136 | Elizabeth Luebberke v. Wyeth, et al. |
| MN 0 06-3190 | Herlinda Murguia v. Wyeth, et al. |

NEBRASKA
NE 8 06-287                            Ruth Kruse, et al. v. Wyeth, Inc., et al.

# INVOLVED COUNSEL LIST (CTO-77)
# DOCKET NO. 1507
# IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

Daniel C. Adams
Larson King, LLP
30 East 7th Street,
Suite 2800
St Paul, MN 55101-4922

Christopher Tod Alley
Alley, Clark, Greiwe & Fulmer
701 East Washington Street
P.O. Box 3127
Tampa, FL 33601-3127

Barbara P. Berens
Kelly & Berens, P.A.
3720 IDS Center
80 South Eighth St.
Suite 3720
Minneapolis, MN 55402

Esther Eva Berezofsky
Williams Cuker & Berezofsky
Woodland Falls Corporate Center
210 Lake Drive East
Suite 101
Cherry Hill, NJ 08002-1163

Jan R. McLean Bernier
Halleland, Lewis, Nilan & Johnson
220 South 6th Street
Suite 600
Minneapolis, MN 55402-4501

Garrett D. Blanchfield, Jr.
Reinhardt, Wendorf & Blanchfield
E-1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101

Bryan O. Blevins, Jr.
Provost & Umphrey Law Firm, LLP
490 Park Street
P.O. Box 4905
Beaumont, TX 77704

Brian S. Campf
Williams, Love, O'Leary, Craine &
Powers, PC
9755 S.W. Barnes Road
Suite 450
Portland, OR 97225-6681

William M. Corley
Marks Gray, P.A.
1200 Riverplace Blvd., Suite 800
P.O. Box 447
Jacksonville, FL 32201-0447

Martin D. Crump
Davis & Feder
1712 15th Street, Suite 300
P.O. Box 6829
Gulfport, MS 39506-7018

William B. Curtis
Law Offices of Miller & Curtis
5489 Blair Road, 5th Floor
Dallas, TX 75231

Paul R. Dieseth
Dorsey & Whitney LLP
50 South 6th Street
Suite 1500
Minneapolis, MN 55402-1498

Penelope A. Dixon
Carlton Fields, P.A.
P.O. Box 3239
4221 West Boy Scout Boulevard
Suite 1000
Tampa, FL 33601-3239

Stacey L. Drentlaw
Oppenheimer Wolff & Donnelly
45 S. 7th Street
Suite 3300
Minneapolis, MN 55402

Michael J. Fay
McSweeney & Fay, PLLP
2116 2nd Avenue, South
Minneapolis, MN 55404

Ron M. Feder
Davis & Feder
P.O. Box 6829
Gulfport, MS 39506

Edward F. Fox
Bassford Remele, PA
33 South 6th Street
Suite 3800
Minneapolis, MN 55402-3701

Amy R. Freestone
Faegre & Benson, LLP
2200 Wells Fargo Center
90 S. Seventh St.
Minneapolis, MN 55402-3901

Brenda S. Fulmer
Alley, Clark, Greiwe & Fulmer
701 East Washington Street
P.O. Box 3127
Tampa, FL 33601-3127

Frank H. Gassler
Fowler White Boggs & Banker, PA
501 East Kennedy, Suite 1700
P.O. Box 1438
Tampa, FL 33601-1438

Edward W. Gerecke
Carlton Fields, P.A.
P.O. Box 3239
4221 West Boy Scout Boulevard
Suite 100
Tampa, FL 33607

David P. Graham
Oppenheimer, Wolff & Donnelly, L.L.P.
45 South Seventh Street
Suite 3300 Plaza VII Building
Minneapolis, MN 55402

Bryan S. Hatch
Stinson, Morrison Law Firm
1299 Farnam Street
Suite 1501
Omaha, NE 68102

F. Lane Heard, III
Williams & Connolly, LLP
Edward Bennett Williams Building
725 12th Street, N.W.
Washington, DC 20005-5901

Sonya Harrell Hoener
Marks Gray, P.A.
1200 River Place Blvd.
Suite 800
P.O. Box 447
Jacksonville, FL 32207-0447

Michael K. Huffer
Cassem, Tierney Law Firm
8805 Indian Hills Drive
Suite 300
Omaha, NE 68114

Carrie L. Hund
Bassford Remele, PA
33 South 6th Street, Suite 3800
Minneapolis, MN 55402-3701

William J. Judge Jr.
Bavol Judge, P.A.
400 North Ashley Drive, Suite 2500
P.O. Box 1400
Tampa, FL 33601-1440

Jennifer A. Kitchak
Fredrikson & Byron
200 South 6th Street
Suite 4000
Minneapolis, MN 55402-1425

Hal J. Kleinman
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087

Spencer T. Kuvin
Ricci Leopold
2925 PGA Boulevard
Suite 200
Palm Beach Gardens, FL 33410

Warren B. Kwavnick
Cooney, Mattson, Lance, et al.
2312 Wilton Drive
P.O. Box 14546
Fort Lauderdale, FL 33302

William E. Lawton
Dean, Ringers, Morgan & Lawton
201 East Pine Street
1200 Capital Plaza
P.O. Box 2928
Orlando, FL 32802-2928

Jeannine L. Lee
Flynn, Gaskins & Bennett, L.L.P.
333 South Seventh Street
29th Floor
Minneapolis, MN 55402

Bradley John Lindeman
Meagher & Geer
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402

Zoe B. Littlepage
Littlepage Booth
408 Westheimer Street
Houston, TX 77006

Eric L. Lundt
Gordon, Hargrove & James
2400 E. Commercial Blvd.
Suite 1100
Fort Lauderdale, FL 33308

Patrick Lysaught
Baker, Sterchi, Cowden & Rice, LLC
2400 Pershing Road
Suite 500
Kansas City, MO 64108-2504

Russell Marlin
Gary Eubanks & Associates
P.O. Box 3887
Little Rock, AR 72203-3887

Michael Curtis Mattson
Cooney, Mattson, Lance, et al.
1600 West Commercial Boulevard
Suite 200
Fort Lauderdale, FL 33302

Alex McLaughlin
Calwell Practice
500 Randolph Street
Charleston, WV 25302

Rhett A. McSweeney
McSweeney & Fay, PLLP
2116 Second Avenue, South
Minneapolis, MN 55404

Ted G. Meadows
Beasley, Allen, Crow, Methvin, Portis
& Miles, PC
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

Frederick W. Morris
Leonard, Street & Deinard
150 South 5th Street
Suite 2300
Minneapolis, MN 55402

J. Alison Morris
Maslon, Edelman, Borman & Brand
3300 Norwest Center
90 South 7th Street
Minneapolis, MN 55402

Guy E. Motzer
Squire, Sanders & Dempsey, L.L.P.
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

James A. O'Neal
Faegre & Benson, LLP
2200 Wells Fargo Center
90 S. Seventh St.
Minneapolis, MN 55402-3901

Gale Diane Pearson
Pearson, Randall & Schumacher, PA
400 South 4th Street
Suite 1012
Minneapolis, MN 55415

Amy D. Prevatt
Alley, Clark, Greiwe & Fulmer
701 East Washington Street
P.O. Box 3127
Tampa, FL 33601-3127

Lyn Peeples Pruitt
Mitchell, Williams, Selig, Gates &
Woodyard, PLLC
425 West Capitol Avenue
Suite 1800
Little Rock, AR 72201

Steven D. Resnick
Schiffrin & Barroway, LLP
280 King of Prussia Rd.
Radnor, PA 19087

Michelle L. Rognlien
Bowman & Brooke
150 South Fifth Street
Suite 2600
Minneapolis, MN 55402-4244

Alan E. Rothman
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022-3598

Gina M. Saelinger
Ulmer & Berne, LLP
600 Vine Street
Suite 2800
Cincinnati, OH 45202

Paula M. Semrow
Bassford Remele, PA
33 South Sixth Street
Suite 3800
Minneapolis, MN 55402-3701

Robert K. Shelquist
Lockridge Grindal Nauen PLLP
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2179

Gerald B. Taylor, Jr.
Beasley, Allen, Crow, Methvin, Portis &
Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

INVOLVED COUNSEL LIST (CTO-77)     MDL-1507                                    PAGE 3 OF 3

Erik B. Walker
Hissey, Kientz & Herron, PLLC
16800 Imperial Valley Drive
Suite 130
Houston, TX 77060

Les Weisbrod
Morgan & Weisbrod, LLP
P.O. Box 821329
Dallas, TX 75382-3761

Elizabeth S. Wright
Dorsey & Whitney LLP
50 S. 6th Street
Suite 1500
Minneapolis, MN 55402-1498

Charles S. Zimmerman
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402-4123

## INVOLVED JUDGES LIST (CTO-77)
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

Hon. W. Harold Albritton, III
Senior U.S. District Judge
P.O. Box 629
Montgomery, AL 36101-0629

Hon. Susan C. Bucklew
U.S. District Judge
1430 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Michael J. Davis
U.S. District Judge
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. William P. Dimitrouleas
U.S. District Judge
203 U.S. Courthouse
299 East Broward Boulevard
Ft. Lauderdale, FL 33301

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Joan N. Ericksen
U.S. District Judge
12W U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Hon. Donovan W. Frank
U.S. District Judge
738 Warren E. Burger Federal Bldg.
316 North Robert Street
St. Paul, MN 55101

Hon. Donald L. Graham
U.S. District Judge
U.S. District Court
99 N.E. Fourth Street, Room 1155
Miami, FL 33132

Hon. Robert L. Hinkle
Chief Judge, U.S. District Court
U.S. Courthouse Annex
111 North Adams Street, Suite 595
Tallahassee, FL 32301

Hon. Wm. Terrell Hodges
Senior U.S. District Judge
Golden-Collum Federal Building and
U.S. Courthouse, Box 11
207 Northwest Second Street
Ocala, FL 34475

Hon. Daniel T.K. Hurley
U.S. District Judge
352 Paul G. Rogers Federal Building
& U.S Courthouse
701 Clematis Street
W. Palm Beach, FL 33401

Hon. Elizabeth A. Kovachevich
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue, 17th Floor
Tampa, FL 33602

Hon. Richard A. Lazzara
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Kenneth A. Marra
U.S. District Judge
205E United States Courthouse
299 East Broward Boulevard
Fort Lauderdale, FL 33301

Hon. Jose E. Martinez
U.S. District Judge
Federal Courthouse Square
Third Floor
301 North Miami Avenue
Miami, FL 33128

Hon. Steven D. Merryday
U.S. District Judge
15A Sam M. Gibbons
U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Donald M. Middlebrooks
U.S. District Judge
Federal Building, 2nd Floor
701 Clematis Street
West Palm Beach, FL 33401

Hon. Ann D. Montgomery
U.S. District Judge
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. James M. Rosenbaum
Chief Judge, U.S. District Court
15E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Patrick J. Schiltz
U.S. District Judge
U.S. District Court
Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Lyle E. Strom
Senior U.S. District Judge
3190 Roman L. Hruska
U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

**INVOLVED CLERKS LIST (CTO-77)**
**DOCKET NO. 1507**
**IN RE PREMPRO PRODUCTS LIABILITY LITIGATION**

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

Debra P. Hackett, Clerk
U.S. District Court
P.O. Box 711
Montgomery, AL 36101-0711

Denise Lucks, Clerk
1152 Roman L. Hruska U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102-1322

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Sheryl L. Loesch, Clerk
U.S. District Court
207 NW Second Street
Ocala, FL 34475

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

William M. McCool, Clerk
U.S. Courthouse
111 North Adams Street
Tallahassee, FL 32301-7795