A CERTIFIED TRUE COPY

SEP - 8 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

AUG 23 2006

FILED
CLERK'S OFFICE

06 SEP 25 PM 2: 57
OFFICE OF THE CLERK

DOCKET NO. 1507

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

8:06cv287

(SEE ATTACHED SCHEDULE)
4:03CV01507 WRW

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 15 2006

JAMES W. McCORMACK
By: _____ CLERK
       DEP. CLERK

CONDITIONAL TRANSFER ORDER (CTO-77)

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 3,328 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

RECEIVED
SEP 2 5 2006

Inasmuch as no objection is
pending at this time, the
stay is lifted.

SEP - 8 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK

By _____ D.C.

PAGE 1 OF 2

# SCHEDULE CTO-77 - TAG-ALONG ACTIONS
# DOCKET NO. 1507
# IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA MIDDLE** | |
| ALM 1 06-671 | Emma Donaldson v. Wyeth, et al. |
| | |
| **FLORIDA MIDDLE** | |
| FLM 5 06-207 | Bernice Acard v. Wyeth, et al. |
| FLM 8 06-1150 | Ruth H. Eadie v. Wyeth, et al. |
| FLM 8 06-1151 | Patricia M. Colbert v. Wyeth, et al. |
| FLM 8 06-1230 | Marie Woody v. Wyeth, et al. |
| FLM 8 06-1232 | Elizabeth Keener v. Wyeth, et al. |
| FLM 8 06-1233 | Sandra Sgroe v. Wyeth, et al. |
| FLM 8 06-1310 | Elizabeth A. Martin v. Wyeth, et al. |
| FLM 8 06-1373 | Ruth Fish v. Wyeth, Inc., et al. |
| FLM 8 06-1389 | Charlene Schilk v. Wyeth, Inc., et al. |
| FLM 8 06-1390 | Bonnie Bikos v. Wyeth, Inc., et al. |
| | |
| **FLORIDA NORTHERN** | |
| FLN 4 06-331 | Sharon Lonkani v. Wyeth |
| | |
| **FLORIDA SOUTHERN** | |
| FLS 2 06-14175 | Alice Morgan v. Wyeth, et al. |
| FLS 2 06-14187 | Sylvia C. Wilson v. Wyeth, et al. |
| FLS 9 06-80620 | Barbara Winters, et al. v. Wyeth, et al. |
| FLS 9 06-80650 | Kathleen Dougherty v. Wyeth, et al. |
| FLS 9 06-80670 | June Coenen v. Wyeth, Inc., et al. |
| FLS 9 06-80708 | Linda Schaet v. Wyeth, et al. |
| FLS 9 06-80709 | Lila Baurmash v. Wyeth, Inc., et al. |
| | |
| **MINNESOTA** | |
| MN 0 06-2088 | Marlys K. Kaiser, et al. v. Wyeth, Inc., et al. |
| MN 0 06-2399 | Ellen Grosser v. Wyeth, et al. |
| MN 0 06-2400 | Eleanor Cristall v. Wyeth, et al. |
| MN 0 06-2474 | Mary Margaret Mitchell, et al. v. Wyeth, et al. |
| MN 0 06-2513 | Bessie Mae Steele v. Wyeth, et al. |
| MN 0 06-2549 | Mary Stewart v. Wyeth, et al. |
| MN 0 06-2550 | Christine Straessle v. Wyeth, et al. |
| MN 0 06-2551 | Eleanor Knight v. Wyeth, et al. |
| MN 0 06-2552 | Molly Ann Morris v. Wyeth, et al. |
| MN 0 06-2554 | Ernestine Kirkland v. Wyeth, et al. |
| MN 0 06-2556 | Shirley A. Hunter, et al. v. Wyeth, et al. |
| MN 0 06-2565 | Barbara Compton v. Wyeth, et al. |
| MN 0 06-2567 | Betty A. Green v. Wyeth, et al. |
| MN 0 06-2568 | Mary Edith Vanatta v. Wyeth, et al. |
| MN 0 06-2570 | Elaine D'Agostino v. Wyeth, et al. |
| MN 0 06-2572 | Shirley M. Gass v. Wyeth, et al. |
| MN 0 06-2574 | Margaret Puzzuole v. Wyeth, et al. |
| MN 0 06-2598 | Marie Neubarth v. Wyeth, et al. |
| MN 0 06-2603 | Beverly C. Huff v. Wyeth, et al. |
| MN 0 06-2604 | Sandra Bond v. Wyeth, et al. |

SCHEDULE CTO-77 - TAG-ALONG ACTIONS     MDL-1507                              PAGE 2 OF 2

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| MN 0 06-2615 | Kathleen Wilson v. Wyeth, et al. |
| MN 0 06-2616 | Mary Lou Pacheco v. Wyeth, et al. |
| MN 0 06-2617 | Areti M. Karell v. Wyeth, et al. |
| MN 0 06-2618 | Joyce Zimmerman v. Wyeth, et al. |
| MN 0 06-2621 | Jeannie L. Growden v. Wyeth, et al. |
| MN 0 06-2623 | Phillis Staton v. Wyeth, et al. |
| MN 0 06-2624 | Freda Campbell v. Wyeth, et al. |
| MN 0 06-2649 | Yvonne Totaro v. Wyeth, et al. |
| MN 0 06-2650 | Sherry Johnson v. Wyeth, et al. |
| MN 0 06-2669 | Marcha S. Johnson v. Wyeth, et al. |
| MN 0 06-2670 | Christine Middleton v. Wyeth, et al. |
| MN 0 06-2678 | Joyce Anderson v. Wyeth, et al. |
| MN 0 06-2682 | Lois M. Ross v. Wyeth, et al. |
| MN 0 06-2749 | Judith Hayes v. Wyeth, et al. |
| MN 0 06-2751 | Harriet Beavers, et al. v. Wyeth, et al. |
| MN 0 06-2802 | Claudia B. Kinder v. Wyeth, et al. |
| MN 0 06-2807 | Janet G. Bright v. Wyeth, et al. |
| MN 0 06-2812 | Lois Baker, et al. v. Wyeth, et al. |
| MN 0 06-2816 | Nancy A. Balis, et al. v. Wyeth, et al. |
| MN 0 06-2821 | Marcella Newman, et al. v. Wyeth, et al. |
| MN 0 06-2823 | Linda Armato, et al. v. Wyeth, et al. |
| MN 0 06-2852 | Sandra Anthony v. Barr Laboratories, Inc., et al. |
| MN 0 06-2930 | Linda Thrasher v. Wyeth, et al. |
| MN 0 06-2937 | Lois W. Brown, et al. v. Wyeth, et al. |
| MN 0 06-3010 | Edith Roberts v. Wyeth, et al. |
| MN 0 06-3044 | Arnold Klein, et al. v. Wyeth, et al. |
| MN 0 06-3060 | Jane Scherer, et al. v. Wyeth, et al. |
| MN 0 06-3061 | Joyce Kagay, et al. v. Wyeth, et al. |
| MN 0 06-3066 | Anita Keith v. Wyeth, et al. |
| MN 0 06-3092 | Regina Sponza v. Wyeth, et al. |
| MN 0 06-3094 | Carolyn McNeill v. Wyeth, et al. |
| MN 0 06-3121 | Patricia Brickley Sparks, et al. v. Wyeth, et al. |
| MN 0 06-3136 | Elizabeth Luebberke v. Wyeth, et al. |
| MN 0 06-3190 | Herlinda Murguia v. Wyeth, et al. |

NEBRASKA
| NE 8 06-287 | Ruth Kruse, et al. v. Wyeth, Inc., et al. |